UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/25/2026_

LUIS ALBERTO VALESQUEZ, *et al.*,

    Plaintiffs,

  -v-

SCHWARTZ FRUITS & VEGGIES CORP., *et al.*,

    Defendants.

**ORDER**

26-CV-1743 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated June 24, 2026, this case was referred to the undersigned for settlement.  ECF No. 35.

A conference is scheduled on **June 30, 2026** at **2:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 286 118 675#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: June 25, 2026
   New York, New York

          Henry J. Ricardo
          United States Magistrate Judge

1