UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/30/2026

LUIS ALBERTO VALESQUEZ, *et al.*,

                Plaintiffs,

           -v-

SCHWARTZ FRUITS & VEGGIES CORP., *et al.*,

                Defendants.

**ORDER**

26-CV-1743 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was held on June 30, 2026 to discuss the most productive approach to settlement.  The parties agreed to confer with their clients about certain factual matters discussed at the conference.  Another telephone conference with counsel will be held on **July 24, 2026** at **2:00 p.m.** to discuss next steps in the settlement process.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 336 955 386#).

**SO ORDERED.**

Dated: June 30, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge