UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2026

LUIS ALBERTO VALESQUEZ, *et al.*,

Plaintiffs,

-v-

SCHWARTZ FRUITS & VEGGIES CORP., *et al.*,

Defendants.

**ORDER**

26-CV-1743 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on July 24, 2026, at which the parties advised that a settlement conference would be premature at this time. The parties are directed to submit a joint status letter by **September 22, 2026**, advising whether they are more ready to discuss settlement.

**SO ORDERED.**

Dated: July 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge