USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ALBERTO VALESQUEZ, *et al.*,

Plaintiffs,

-v-

SCHWARTZ FRUITS & VEGGIES CORP., *et al.*,

Defendants.

**ORDER**

26-CV-1743 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's July 24, 2026 order, ECF No. 40, the parties were "directed to submit a joint status letter by September 22, 2026, advising whether they are more ready to discuss settlement." To date, so far as the docket reflects, the parties have not filed a joint status letter. The undersigned *sua sponte* extends the deadline for the parties to file a joint letter advising the Court regarding their willingness to discuss settlement to **September 28, 2026.**

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge