USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ALBERTO VALESQUEZ, *et al.*,

Plaintiffs,

-v-

SCHWARTZ FRUITS & VEGGIES CORP., *et al.*,

Defendants.

**ORDER**

26-CV-1743 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' September 24, 2026 status letter. ECF No. 54. The parties are directed to file a letter regarding their interest in settlement by **October 26, 2026**.

**SO ORDERED.**

Dated: September 25, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge